FILED
KC
DEC 2 8 2007
Dec 28 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE FEDERAL DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

ALAN REIDER, )
        Plaintiff, )
)
vs. ) CASE NO.
) 07CV7271
MICHAEL ASTRUE, ) JUDGE ASPEN
COMMISSIONER OF SOCIAL SECURITY, )
        Defendant ) MAGISTRATE JUDGE COX

## COMPLAINT FOR ADMINISTRATIVE REVIEW

NOW COMES the Plaintiff, ALAN REIDER, by his attorney, CLYDE OGG, and makes the following representations to this Court for the purpose of obtaining judicial review of a decision of the Defendant adverse to the Plaintiff:

1. The Plaintiff, whose Social Security account number is 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, resides at P.O. Box 4552, Skokie, Cook County, Illinois 60076, within the jurisdiction of this Court.

2. The Plaintiff complains of a decision which adversely affects the Plaintiff which has become the final decision of the Defendant Commissioner of Social Security for the purposes of judicial review and which bears the following caption:

In the case of:                              Claim for

Alan Reider, Claimant,                Disability Insurance Benefits

Social Security Number 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

3. The Plaintiff has exhausted his administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. 405 (g).

4. The decision complained of is not supported by substantial evidence nor were proper legal standards applied by the Commissioner in reaching said decision.

5. The action is commenced within sixty days from the date the Plaintiff was notified by the Defendant of the Defendant's final decision.

WHEREFORE, Plaintiff prays for the following relief:

A. That judgment be entered herein reversing the decision of the Defendant or remanding the matter for hearing de novo before a different Administrative Law Judge with Plaintiff having the right to submit additional medical evidence as to his disability.

B. That the Court order Defendant to pay Plaintiff's costs of this action.

C. That the Court grant attorney's fees to Plaintiff's attorney.

D. That this Court grant such further and other relief as it may deem proper.

Dated: 12/28/07

CLYDE OGG
Attorney for Plaintiff
2045 S. Arlington Hts. Rd., Suite 118
Arlington Heights, IL 60005
847/593-2345