CH

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
Alan Reider, *Plaintiff*

v.

Michael Astrue, Commissioner of Social Security Admin, Defendant

Case Number:

**FILED**  
KC  
DEC 28 2007  
Dec 28 2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alan Reider  
P.O. Box 4552  
Skokie, IL 60076

07CV7271  
JUDGE ASPEN  
MAGISTRATE JUDGE COX

| | |
|---|---|
| NAME (Type or print) <br> Clyde Ogg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| FIRM | |
| STREET ADDRESS <br> 2045 S. Arlington Heights Rd., Ste. 118 | |
| CITY/STATE/ZIP <br> Arlington Heights, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 3125696 | TELEPHONE NUMBER <br> 847/593-2345 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |