**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Alan Reider
                    Plaintiff,

v.                                                Case No.: 1:07−cv−07271
                                                  Honorable Marvin E. Aspen

Michael Astrue
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, February 11, 2008:

    MINUTE entry before Judge Susan E. Cox : The government is directed to file the administrative record and its answer by 3/5/08. Cross motions for summary judgment with supporting memoranda due by 4/7/2008. Cross responses due by 5/5/2008. Replies due by 5/23/2008. Court will rule by mail.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.