FILED
FEB - 5 2008
2-5-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
2008 WH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

| Case Title | Case Number: 07CV 7271 |
|---|---|
| ALAN REIDER, Plaintiff | Assigned Judge: Aspen |
| V. | |
| MICHAEL ASTRUE, Commissioner of Social Security, Defendant | Designated Magistrate Judge: Cox |

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

02/01/08    By: [signature]    Alan Reiden
Date             Signature              Name of Party or Parties

2/5/08    By: [signature]    Michael Astrue, Commissioner of Social Security
Date             Signature              Name of Party or Parties

_____    By: _____    _____
Date             Signature              Name of Party or Parties

_____    By: _____    _____
Date             Signature              Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.