IN THE FEDERAL DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALAN REIDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07C 7271 |
| ) | Assigned Judge: Aspen |
| MICHAEL ASTRUE, ) | Designated Magistrate, Cox |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

To: Samuel S. Miller,
Assistant United States Attorney
Northern District of Illinois-Eastern Division
219 S. Dearborn St., Ste. 500
Chicago, IL 60604

FEB 15 2008

FILED

FEB 15 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

You are hereby notified that we show cause to be filed the return of summons in a civil case served upon Patrick Fitzgerald, U.S. Attorney, on January 4, 2008 a copy of which is attached hereto and hereby served upon you.

_____
Clyde Ogg

## PROOF OF SERVICE BY MAIL

I, Clyde Ogg, the attorney, certify I serve this notice of filing and summons return by mailing copies to Samuel Miller at the above captioned address and depositing the same in the U.S. mail at 3901 N. Lincoln Ave., Chicago, Illinois at 3:00 p.m. on February 12, 2008, with proper postage prepaid.

_____
Clyde Ogg

Clyde Ogg
2045 S. Arlington Heights Rd., Ste. 118
Arlington Heights, IL 60005
847-593-2345

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Alan Reider,
    Plaintiff,

V.

Michael Astrue,
Commissioner of Social Security,
    Defendant

CASE NUMBER: 07CV7271
JUDGE ASPEN
MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Patrick Fitzgerald
United States Attorney
219 S. Dearborn, Ste. 500
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Clyde Ogg
2045 S. Arlington Heights Rd., Ste. 118
Arlington Heights, IL 60005
847/593-2345

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DEC 2 8 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE<br>1-04-08 AT 12:13 P.M. |
| NAME OF SERVER *(PRINT)*<br>BARRY SAVAGE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED DEFENDANT PATRICK FITZGERALD, UNITED STATES ATTORNEY. BY SERVING JOELYN MURAWSKI, RECEPTIONIST AND AUTHORIZED TO ACCEPT. SERVICE ADDRESS IS 219 S. DEARBORN, SUITE 500 CHICAGO, IL 60604. (F,B,50YRS.,5'6",170LB., BROWN HAIR)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL — | SERVICES $60 | TOTAL $60 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-04-08
Date

*Signature of Server*

LEGAL DOCUMENT MANAGEMENT, INC.
79 W. MONROE STREET, STE. 1020
CHICAGO, IL 60603
*Address of Server*

FILED
FEB 15 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.