UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALAN REIDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 C 7271 |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | Magistrate Judge Cox |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

### ANSWER

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, answers plaintiff's complaint as follows:

**First Defense**

Answering the specific allegations of the complaint, the defendant United States admits, denies or otherwise avers as follows:

**1.     Complaint:** The Plaintiff, whose Social Security account number is XXX-XX-XXXX, resides in Skokie, Cook County, Illinois 60076, within the jurisdiction of this Court[1].

**Response:** Admit.

**2.     Complaint:** The Plaintiff complains of a decision which adversely affects the Plaintiff which has become the final decision of the Defendant Commissioner of Social Security for the purposes of judicial review and which bears the following caption:

---

[1] Social Security number and mailing address redacted by the Agency to protect the privacy of plaintiff.

In the case of:					Claim for

Alan Reider, Claimant,				Disability Insurance Benefits

Social Security Number XXX-XX-XXXX[2]

    **Response:** Admit.

    **3.**    **Complaint:** The Plaintiff has exhausted his administrative remedies in this matter and this Court has jurisdiction for judicial review pursuant to 42 U.S.C. 405(g).

    **Response:** Admit.

    **4.**    **Complaint:** The decision complained of is not supported by substantial evidence nor were proper legal standards applied by the Commissioner in reaching said decision.

    **Response:** Deny.

    **5.**    **Complaint:** The action is commenced within sixty days from the date the Plaintiff was notified by the Defendant of the Defendant's final decision.

    **Response:** Admit.

Answering further, defendant states as follows:

With respect to plaintiff's request for costs, defendant states that there are no provisions in the Social Security Act to permit costs to be charged against the defendant Commissioner of Social Security. The Equal Access to Justice Act (EAJA), at 28 U.S.C. § 2412(a)(1), permits an award of costs, as defined in 28 U.S.C. § 1920, to a prevailing party in a civil action against the government. The Commissioner reserves the right to oppose the propriety of any request for cost under the EAJA.

---

[2] Social Security number redacted by the Agency to protect the privacy of plaintiff.

With respect to plaintiff's request that an attorney's fee be awarded by the court, defendant states that, if the court renders a judgment favorable to the plaintiff, the court may award a reasonable attorney's fee, not to exceed 25 percent of the total past-due benefits, pursuant to sections 206(b) and 1631(d)(2) of the Act, 42 U.S.C. §§ 406(b), 1383(d)(2). Any fee so awarded would be paid from such past-due benefits.

The remainder of plaintiff's complaint represents a prayer for relief to which no responsive pleading is required. To the extent that the prayer for relief is deemed to allege facts to which a response is required, defendant denies the allegations.

Defendant denies all other allegations of plaintiff's complaint not specifically admitted.

In accordance with section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), defendant files as part of the answer a certified copy of the transcript of the record including the evidence upon which the findings and decisions complained of are based.

Wherefore, defendant Michael J. Astrue, Commissioner of Social Security, requests that this court enter judgment in his favor and against plaintiff with costs and with such further relief as may be appropriate.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By: s/ Samuel S. Miller
>SAMUEL S. MILLER
>Assistant United States Attorney
>219 South Dearborn Street
>Chicago, Illinois 60604
>(312) 886-9083
>samuel.s.miller@usdoj.gov

Of Counsel:

DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration

CYNTHIA A. FREBURG
Assistant Regional Counsel
200 West Adams Street, Suite 3000
Chicago, Illinois 60606
(312) 353-8253

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**Answer**

was served on March 4, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and that a **Certified Copy of Administrative Record** was sent by first class mail to the following:

Clyde Ogg
Attorney At Law
2045 S. Arlington Heights Road
Suite 118
Arlington Heights, IL. 60005

s/ Samuel S. Miller
SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
samuel.s.miller@usdoj.gov