**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Alan Reider
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−07271
                                                    Honorable Susan E. Cox

Michael Astrue
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Pursuant to a request by the parties, plaintiff's deadline for filing his motion for summary judgment is extended to 4/28/08. Response to be filed by 5/19/08. Reply due 6/2/08. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.