IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alan Reider,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Michael J. Astrue,** )<br>)<br>**Commissioner of Social Security,** )<br>)<br>**Defendant.** ) | Case No.: 07C 7271<br>Magistrate Judge: Cox |

## MOTION FOR SUMMARY JUDGMENT OR FOR REMAND

ALAN REIDER, by his attorney, CLYDE OGG, hereby moves this Honorable Court for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Plaintiff submits there is no genuine issue as to any material fact and that Plaintiff is therefore entitled to judgment as a matter of law. In the alternative, Plaintiff requests this Court to remand this cause to the Social Security Administration for a new hearing.

WHEREFORE, Plaintiff prays that this motion be granted and judgment be entered on behalf of Plaintiff.

Respectfully submitted,

S/Clyde Ogg

Clyde Ogg
Attorney for Plaintiff

DATED:    April 28, 2008

Clyde Ogg
2045 S. Arlington Hts. Rd., Suite 118
Arlington Heights, IL  60005
847/593-2345