IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alan Reider,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 07C 7271 |
| ) | Magistrate Judge: Cox |
| **Michael J. Astrue,** ) | |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

To: Samuel S. Miller
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL 60604

You are hereby notified that on April 28, 2008 we filed Plaintiff's **Motion For Summary Judgement Or For Remand** *and* **Supporting Brief** with the Clerk of the United States District Court, Northern District of Illinois, copies of which are attached hereto and hereby served upon you.

Respectfully submitted,

S/Clyde Ogg

Clyde Ogg
Attorney for Plaintiff

## PROOF OF SERVICE BY DELIVERY

I, Clyde Ogg, the attorney, certify that on April 28, 2008 I served this Notice of Filing, Plaintiff's Motion For Summary Judgement Or For Remand *and* Supporting Brief by delivering copies electronically to each person to whom it is directed.

Respectfully submitted,

S/Clyde Ogg

Clyde Ogg
Attorney for Plaintiff

Clyde Ogg
2045 S. Arlington Heights Rd.
Arlington Heights, Illinois 60005
847-593-2345