UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAN REIDER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | No. 07 C 7271 |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | Magistrate Judge Cox |
| | ) | |
|     Defendant. | ) | |

## **COMMISSIONER'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant, Michael J. Astrue, Commissioner of Social Security, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment affirming the Commissioner's decision.

A memorandum in support is filed with this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Samuel S. Miller
    SAMUEL S. MILLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-9083
    samuel.s.miller@usdoj.gov