IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Alan Reider,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: 07C 7271 |
| ) | Magistrate Judge: Cox |
| **Michael J. Astrue,** ) | |
| ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF FILING

To:  Samuel S. Miller
     Assistant United States Attorney
     219 S. Dearborn St., Room 500
     Chicago, IL 60604

You are hereby notified that on June 2, 2008 we filed Plaintiff's Reply Brief with the clerk of the United States District Court, Northern District of Illinois, copies of which are attached hereto and hereby served upon you.


espectfully submitted,


S/Clyde Ogg


## PROOF OF SERVICE BY DELIVERY

I, Clyde Ogg, the attorney, certify that on June 2, 2008 I served this Notice of Filing and Plaintiff's Reply Brief by delivering copies electronically to each person to whom it is directed.

Respectfully submitted,

S/Clyde Ogg

Attorney for Plaintiff

Clyde Ogg
2045 S. Arlington Heights Rd.
Arlington Heights, Illinois 60005
847-593-2345