## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Susan E. Cox | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7271 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Alan Reider vs. Michael J. Astrue | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. The parties have filed cross-motions for summary judgment. Plaintiff seeks a judgment reversing or remanding the Commissioner's final decision, while the Commissioner seeks a judgment affirming his decision. Plaintiff's motion [18] is denied. Defendant's motion [20] is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | VKD |
|---|---|---|