# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Alan Reider | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 07 C 7271 |
| Michael J. Astrue, Commissioner of Social Security | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Parties have filed Cross-Motions for Summary Judgment. Plaintiff seeks a judgment reversing or remanding the Commissioner's final decision. The Commissioner seeks a judgment affirming his decision. Plaintiff's motion is denied. The Commissioner's motion is granted.

Michael W. Dobbins, Clerk of Court

Date: 7/11/2008

/s/ Vernita Davis, Deputy Clerk